IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-00405-03-CR-W-GAF |
| | ) | |
| JERALD TODD HUNDTOFT, | ) | |
| | ) | |
| Defendant. | ) | |

<u>O R D E R</u>

Upon motion of the United States of America, good cause having been shown for the granting of said motion, it is hereby

ORDERED, this 14th day of January, 2010, that the indictment in this matter is DISMISSED as to defendant Jerald Todd Hundtoft.

<u>s/ Gary A. Fenner</u>
Gary A. Fenner, Judge
United States District Court

DATED: January 14, 2010